ELISHA CROWELL, Respondent, *v.* RICHARD A. HOWES,
impleaded, etc., Appellant.

(Argued May 12, 1874; decided September term, 1874.)

THE questions presented in this case were principally upon
exceptions to the admission and rejection of evidence, and
were disposed of upon well settled rules.

*Amasa J. Parker* for the appellant.

*H. M. Ruggles* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.